IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | | |
|---|---|---|
| SUSAN BAGWELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:20-cv-00250-GHD-RP |
| C. R. BARD, INC., a Foreign corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, McKESSON CORPORATION, a corporation, and DOES 1 through 100 Inclusive | § § § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MCKESSON CORPORATION

On this day the Court considered the parties' Joint Stipulation For Dismissal Without Prejudice As To Defendant McKesson Corporation. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that said Stipulation is GRANTED and the defendant McKesson Corporation is dismissed, with each party to bear its own attorneys' fees and costs. This dismissal does not toll or extend any applicable statute of limitations.

SO ORDERED, this 17th day of September, 2020.

_____
SENIOR U.S. DISTRICT JUDGE