# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | | |
|---|---|---|
| SUSAN BAGWELL, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 3:20-cv-00250-GHD-RP |
| C. R. BARD, INC., a Foreign corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, McKESSON CORPORATION, a corporation, and DOES 1 through 100 Inclusive | § § § § § § § § | |
| *Defendants*. | § | |

## ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS

The parties have indicated to the Court that they are in the process of finalizing a settlement of this matter [43]. Accordingly, the Court finds that the Defendants' pending motion to dismiss this matter [2] is moot. Should the parties fail to resolve this matter, the Defendants may refile the motion.

THEREFORE, the Court finds that the Defendants' pending motion to dismiss [2] is hereby DENIED AS MOOT.

SO ORDERED, this 16th day of March, 2021.

_____
SENIOR U.S. DISTRICT JUDGE